IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANDREW G. NORMAN AND CAROL LYNN NORMAN, § § § | |
| *Plaintiffs*, § § | |
| vs. § | CIVIL ACTION NO.  3:22-cv-00841-B |
| § | |
| COMMUNITY LOAN SERVICING, LLC, § § | |
| *Defendant*. § | |

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Defendant Community Loan Servicing, LLC ("Defendant") files this Unopposed Motion to Substitute Counsel (the "Unopposed Motion"), and in support thereof shows the Court as follows:

1. Counsel of record for Defendant in the above-styled and numbered cause is currently Damian W. Abreo of Hughes Watters Askanase, LLP ("HWA").

2. Defendant respectfully requests leave from this Court to substitute Marc D. Cabrera and Elizabeth Hayes of Polsinelli PC as counsel for Defendant in the above-styled and numbered cause. All future correspondence from the Court and counsel should be directed to Marc D. Cabrera and Elizabeth Hayes at the address identified herein.

3. HWA consents to this substitution and Defendant respectfully requests that the Court allow Damian W. Abreo of HWA to withdraw as counsel of record for Defendant in the above-styled and numbered cause.

4. The granting of this Unopposed Motion will not result in prejudice or harm to Plaintiffs Andrew G. Norman and Carol Lynn Norman ("Plaintiffs").

5.Defendant's counsel has conferred with counsel for Plaintiffs in this matter and Plaintiffs are not opposed to the relief sought herein.

6.This Unopposed Motion is for good cause and is not sought for delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the Court grant this Unopposed Motion, and prays that Marc D. Cabrera and Elizabeth Hayes of Polsinelli PC be substituted as counsel for Defendant and that all future communications and notices in this matter be sent to Marc D. Cabrera and Elizabeth Hayes of Polsinelli PC, 2950 N. Harwood Street, Suite 2100, Dallas, Texas 75201.  Defendant also prays for such other and further relief to which it may show itself justly entitled.

Respectfully submitted,

/s/ *Elizabeth Hayes*
**Marc D. Cabrera**
   State Bar No. 24069453
   mcabrera@polsinelli.com
**Elizabeth Hayes**
   State Bar No. 24069001
   ehayes@polsinelli.com
**POLSINELLI PC**
2950 N. Harwood Street, Suite 2100
Dallas, TX 75201
T: (214) 397-0030
F: (214) 397-0033

**ATTORNEYS FOR DEFENDANT**

        /s/   Damian W. Abreo
**Damian W. Abreo**
  State Bar No. 24006728
  S.D. Bar No. 28635
**HUGHES WATTERS ASKANASE, LLP**
Total Plaza
1201 Louisiana Street, 28th Floor
Houston, Texas 77002
T: (713) 759-0818
F: (713) 759-6834

**WITHDRAWING ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendant conferred with counsel for Plaintiffs regarding the relief sought herein and that Plaintiffs is unopposed to the relief sought herein.

    /s/ Elizabeth Hayes
    Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record *via ECF* pursuant to the Federal Rules of Civil Procedure on this 27th day of April, 2022.

    /s/ Elizabeth Hayes
    Attorney for Defendant